**No. 61670.**—Reliance Merchandise Co., Inc. *v.* United States, protests 302849–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61671.**—Auffray &.Co. et al. *v.* United States, protests 293912–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiffs was sustained.

**No. 61672.**—F. W. Myers & Co., Inc. *v.* United States, protests 276102–K, etc. (Detroit).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.